# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Roanne Mann**  Date: **9/13/17**

Magistrate Case Number: **17 M 821**  LOG #: **4:41 - 5:29**

Defendant's Name: **Lee Elbaz**

- [✓] Court appointed counsel.  [ ] Defendant retained counsel.
- Defense Counsel: **Michael Waill / Jonathan Lopez**  CJA: ___  FDNY: ___  RET: ✓
- A.U.S.A. **Cory E. Jacobs**  Clerk: **M. Sica**
- Interpreter: **Paul Grinetz**  Language: **Hebrew**

- [✓] ARRAIGNMENT on Complaint held. *(removal)*   [ ] Government Agent Sworn
- [ ] DETENTION HEARING Held:  [ ] Government opposed bail for reasons stated on the record.
- [ ] Bond set at _____.  [ ] Bond set on consent of both parties.
- Defendant: [ ] released  [ ] held pending satisfaction of bond conditions.
- [ ] Defendant advised of bond conditions set by the Court and signed the bond.
- [ ] Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- [ ] (Additional) surety/ies to co-sign bond by _____
- [✓] After detention hearing, Court orders detention in custody.  [ ] Leave to reopen granted
- [✓] Temporary Order of Detention Issued. Bail Hearing set for **9/19/17 @ 2:00pm**.
- [ ] At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- [ ] Preliminary Hearing set for: _____; or [ ] waived by defendant
- [ ] Status Conference set for: _____ before Judge _____
- [ ] Medical memo issued.
- [✓] REMOVAL (Rule 5) PROCEEDING held. To the district of: **Maryland**
- [ ] Identity hearing held. Court [ ] orders removal [ ] denies removal
- [ ] Defendant waives: [ ] identity hearing [ ] preliminary hearing
- [✓] Identity/ Removal Hearing set for: **9/19/17 @ 2:00pm**
- [ ] No bail application presented to the Court. Commitment to the District of **Maryland** entered.

Other Comments/Rulings: **Defense presented a bail package; the gov't opposed. # Preliminary hearing not addressed.**